# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 22, 2015

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

151015

PEOPLE OF THE STATE OF MICHIGAN,
            Plaintiff-Appellee,

v                                                   SC: 151015
                                                    COA: 325014
                                                    Oakland CC: 2004-199567-FC
JOHNNY DAR EAGLE,
            Defendant-Appellant.

_____/

        On order of the Court, the application for leave to appeal the December 18, 2014 order of the Court of Appeals is considered, and it is DENIED, because the defendant's motion for relief from judgment is prohibited by MCR 6.502(G).



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 22, 2015



s1214                                               Clerk